O

FILED
AUG 18 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **09-1835M** |
| v. | ) | ORDER OF DETENTION AFTER HEARING |
| HECTOR TORRES MEDINA, | ) | (18 U.S.C. § 3142(i)) |
| Defendant. | ) | |

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1. ( X ) serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR - 94 (02/94)                                                Page 1 of 3

II.

The Court finds no condition or combination of conditions will reasonable assure:

A. ( X )   appearance of defendant as required; and/or

B. ( ) safety of any person or the community;

III.

The Court has considered:

A. ( x ) the nature and circumstances of the offense;

B. ( x ) the weight of evidence against the defendant;

C. ( x ) the history and characteristics of the defendant;

D. ( ) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because:

B. ( x )   History and characteristics indicate a serious risk that defendant will flee because: **Defendant is undocumented. He has no ties to the community and no bail resources.**

C. ( ) A serious risk exists that defendant will:

    1. ( )   obstruct or attempt to obstruct justice;

    2. ( )   threaten, injure or intimidate a witness/ juror; because:

D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

///
///
///
///

| | |
|---|---|
| 1 | IT IS ORDERED that defendant be detained prior to trial. |
| 2 | IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections |
| 3 | facility separate from persons awaiting or serving sentences or person held pending appeal. |
| 4 | IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private |
| 5 | consultation with his counsel. |

Dated: August 18, 2009

_____
Marc L. Goldman
U.S. Magistrate Judge